```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK              08 CIV 3683
- - - - - - - - - - - - - - - - - -x

MATTEL, INC.,                       :

               Plaintiff,           :

     -against-                      :    08 Civ.

JOHN MASTROANI D/B/A                :
HOT WHEELS DEPOT,
                                    :
               Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x

               RULE 7.1 STATEMENT
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mattel, Inc. (a private, non-governmental party) certifies that there are no corporate parents, affiliates, subsidiaries and/or publicly held corporations which own 10% or more of its stock.

DATE: 4/16/08

William Dunnegan
SIGNATURE OF ATTORNEY

[Stamp: RECEIVED APR 17 2008 U.S.D.C. S.D.N.Y. CASHIERS]