**Alstate Process Service Inc.**
60 BURT DRIVE
DEER PARK, NEW YORK 11729
631/667-1800

CASE # 230823
Date Received: 04/21/08

UNITED STATES SOUTHERN DISTRICT COURT
COUNTY OF NEW YORK

INDEX NO.: 08 CIV 3683

MATTEL, INC.

Plaintiff(s)

against

JOHN MASTROANI D/B/A HOT WHEELS DEPOT

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK, COUNTY OF SUFFOLK ss.:

ANDREW CEPONIS being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in The State of New York

That on 04/24/08 10:48 AM at 324 DEPOT ROAD, HUNTINGTON STATION NY 11746 deponent served the within SUMMONS AND COMPLAINT bearing Index# 08 CIV 3683 & filing date 04/17/08 on JOHN MASTROANI D/B/A HOT WHEELS DEPOT defendant therein named,

**INDIVIDUAL** ☐ by delivering thereat a true copy of each to said defendant personally; deponent knew said person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION** ☐ a , by delivering thereat a true copy of each to personally; deponent knew said so served to be the described as the named defendant and knew said individual to be the thereof an authorized person to accept service of process

**SUITABLE AGE PERSON** ☒ by delivering thereat a true copy of each to LAURA ALGERIO CO-WORKER a person of suitable age and discretion. That person was also asked by deponent whether said premises was the defendant's actual place of business and the reply was affirmative.

**AFFIXING TO DOOR, ETC.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having verified defendant's with and having called there on

AUTO SHOP

**MAILING** ☒ Mailed on 4/25/08 BY FIRST CLASS MAIL MAILED IN AN ENVELOPE MARKED PERSONAL & CONFIDENTIAL On 4/25/08 deponent also enclosed a copy of same in a postpaid sealed wrapper properly addressed to defendant at defendant's actual place of business at 324 DEPOT ROAD HUNTINGTON STATION NY 11746 and deposited said wrapper in a post office of the United States Postal Service within New York State.

**DESCRIPTION** Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 26 | 5'6 | 125 |

**USE IN NYC CIVIL CT.** ☐ Other identifying features:

The language required by NYCRR 2900.2(e), (f) & (h) was set forth on the face of said summons(es).

**MILITARY SERVICE** ☒ I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or Federal statutes.

SWORN TO BEFORE ME ON 4-25-08

_____
THERESE M. BRENNAN
Notary Public, State of New York
No. 01BR5078017
Qualified in Suffolk County
Commission Expires May 19, 2011

_____
ANDREW CEPONIS
LICENSE NO. 1274532

JUDGE DANIELS

◦AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

MATTEL, INC.,

V.

JOHN MASTROANI D/B/A
HOT WHEELS DEPOT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 3683**

TO: (Name and address of Defendant)

John Mastroani d/b/a Hot Wheels Depot
324 Depot Road
Huntington Station, NY 11746

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Dunnegan
Dunnegan LLC
350 Fifth Avenue, New York,
New York, 10118

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: APR 1 7 2008

◈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                         *Signature of Server*

                                                 _____
                                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF NEW YORK

E 648483

RECEIVED FROM _____at_____



Dunnegan

08cv3683(GBD)

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Fund | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
INVOICE #92875
DATE\TIME: 4/17/2008 12:09:43 PM
CASHIER: LATECIA
STATION: 01
=============================================
1  COMPLAINT 4/06          $350.00
   086900    $60.
   510000    $190.00
   086400    $100.00
=============================================
GRAND TOTAL                $350.00
```

*Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.*

DATE: _____ 20__   | Cash | Check | M.O. | Credit |

DEPUTY CLERK: _____

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
MATTEL, INC.,                        :

                    Plaintiff,       :

        -against-                    :    08 Civ.

JOHN MASTROANI D/B/A                 :
HOT WHEELS DEPOT,
                                     :
                    Defendant.
                                     :
- - - - - - - - - - - - - - - - - -x
```

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Mattel, Inc. (a private, non-governmental party) certifies that there are no corporate parents, affiliates, subsidiaries and/or publicly held corporations which own 10% or more of its stock.

DATE: 4/16/08

*William Dunnegan*
SIGNATURE OF ATTORNEY