```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
MATTEL, INC.,                      :
                Plaintiff,         :
       - against -                 :    08 Civ. 3683 (GBD)
JOHN MASTROIANNI D/B/A HOT         :
WHEELS DEPOT,                      :
                Defendant.         :
- - - - - - - - - - - - - - - - - x
```

FINAL JUDGMENT AND PERMANENT INJUNCTION
BY CONSENT

IT IS HEREBY STIPULATED and agreed by and between plaintiff Mattel, Inc. ("Mattel"), and defendant John Mastroianni d/b/a HOT WHEELS DEPOT ("Mastroianni"), through their undersigned attorneys, conditional upon the approval of the Court, that it is

ORDERED, ADJUDGED AND DECREED that Mastroianni and his agents, servants, and employees, and all those acting in concert with them, are hereby PERMANENTLY ENJOINED from:

(i) infringing Mattel's HOT WHEELS Trademark, which has received United States Registered Trademarks Nos. 843,156, 884,563 and 1,810,905 (the "HOT WHEELS Trademark") in violation of 15 U.S.C. § 1114;

(ii) diluting Mattel's HOT WHEELS Trademark in violation of 15 U.S.C. § 1125(c);

(iii) infringing Mattel's copyright with respect to Mattel's HOT WHEELS FLAME LOGO and DESIGN Copyright which has received United States Certificate of Copyright Registration No. 445,024;

(iv) using or displaying the term HOT WHEELS or the design portion of the HOT WHEELS FLAME LOGO and DESIGN in connection with his offering for sale of goods or services, without the advance written consent of Mattel; and it is further

ORDERED, ADJUDGED and DECREED that the caption of this action is amended as set forth above to reflect the correct identity of defendant; and it is further

ORDERED, ADJUDGED and DECREED that claims of Mattel against Mastroianni in this action be, and hereby are, dismissed with prejudice, except that this Court shall retain jurisdiction to enforce this final judgment and permanent injunction.

Dated: New York, New York
July __, 2008

JUL 18 2008

_George B. Daniels_
U.S.D.J.
HON. GEORGE B. DANIELS

Consent to Entry

The parties, through their undersigned counsel, hereby consent to the entry of the foregoing final judgment and permanent injunction, and to the Court's exercise of jurisdiction over them with respect to its enforcement.

Dated: New York, New York
July 15, 2008

DUNNEGAN LLC

By: *William Dunnegan*
William Dunnegan (WD9316)
Attorneys for Plaintiff
  Mattel, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300

JOHN G. POLI, III, P.C.

By: *[signature]*
John G. Poli, III, (JP0317)
Attorneys for Defendant
  John Mastroianni
200 Laurel Avenue
Northport, New York 11768
(631) 262-9696

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

Date:

In Re:

-v-

Case #:          (          )

Dear Litigant,

    Enclosed is a copy of the judgment entered in your case.

    Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

    If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

    The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

    The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $450.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

                              J. Michael McMahon, Clerk of Court

                         by: _____

                                          , Deputy Clerk

APPEAL FORMS
Docket Support Unit
                                                                 Revised: April 9, 2006

United States District Court
Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------X
                                          |
                                          |         NOTICE OF APPEAL
                                          |
         -V-                              |
                                          |
                                          |         civ.        (   )
                                          |
------------------------------------------X
```

Notice is hereby given that _____
                                                    (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]

entered in this action on the _____ day of _____ , _____ .
                               (day)            (month)          (year)

_____
(Signature)

_____
(Address)

_____
(City, State and Zip Code)

Date: _____         (     ) _____ - _____
                                    (Telephone Number)

**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

**APPEAL FORMS**

Docket Support Unit

Revised: April 9, 2006

FORM 1

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------X
                                           |
                                           |    MOTION FOR EXTENSION OF TIME
                                           |    TO FILE A NOTICE OF APPEAL
         -V-                               |
                                           |
                                           |        civ.          (   )
                                           |
------------------------------------------X
```

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
                                                    (party)

requests leave to file the within notice of appeal out of time. _____
                                                                         (party)

desires to appeal the judgment in this action entered on _____ but failed to file a
                                                              (day)

notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]




                                                              _____
                                                                       (Signature)

                                                              _____
                                                                        (Address)

                                                              _____
                                                                  (City, State and Zip Code)

Date: _____               (      ) _____ - _____
                                                              (Telephone Number)


**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be **received** in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

FORM 2

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
_____X
                                |
                                |    NOTICE OF APPEAL
                                |         AND
         -V-                    |   MOTION FOR EXTENSION OF TIME
                                |
                                |    civ.         (    )
                                |
_____X
```

1. Notice is hereby given that _____ hereby appeals to
                                              (party)

   the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
   [Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time
   _____ respectfully requests the court to grant an extension of time in
         (party)

   accordance with Fed. R. App. P. 4(a)(5).

   a. In support of this request, _____ states that
                                     (party)

   this Court's judgment was received on _____ and that this form was mailed to the
                                 (date)

   court on _____.
          (date)

                                           _____
                                                 (Signature)

                                           _____
                                                (Address)

                                           _____
                                        (City, State and Zip Code)

Date: _____   ( ) _____-_____
                                  (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

APPEAL FORMS
Docket Support Unit

Revised: April 9, 2006

<u>FORM 3</u>

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

\---------------------------------X
|
|
|                                    **AFFIRMATION OF SERVICE**
|
-V-       |
|
|                                    civ.            (    )
|
|
\---------------------------------X

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
      New York, New York

                                                    _____
                                                              (Signature)

                                                    _____
                                                              (Address)

                                                    _____
                                                       (City, State and Zip Code)

<u>APPEAL FORMS</u>
Docket Support Unit                                    Revised: April 9, 2006