UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| MATTEL, INC. | : |
|         Plaintiff, | : |
| v. | :   CASE NO. 08-CV-03683 |
| |   (Judge Daniels) |
| JOHN MASTROANI D/B/A HOT WHEELS DEPOT | : |
|        Defendant. | : |
| | :   **<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that Nikitas E. Nicolakis is no longer affiliated with

Dunnegan, LLC or Perkins & Dunnegan, and hereby withdraws from representing Plaintiff,

Mattel, Inc. in the above captioned case. The following counsel remains on behalf of Plaintiff:

**William Irvin Dunnegan**
Perkins & Dunnegan
45 Rockefeller Plaza
New York, NY 10111
(212) 332-8300
Fax: (212) 332-8301
Email: wd@dunnegan.com

Dated: New York, New York
   August 06, 2008     Respectfully submitted,
              DREIER LLP


           By: /s/Nikitas E. Nicolakis
             Nikitas E. Nicolakis (NN 1325)
           499 Park Avenue
           New York, New York 10022
           Telephone:  (212) 652-3707
           Facsimile:   (212) 600-9499

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6th, 2008, I caused a true copy of the foregoing **_Notice of_**

**_Withdrawal of Counsel_** to be electronically filed with the Clerk of Court using CM/ECF, which

will send notification to the following:


**John George Poli, III**
John G. Poli, III, P.C.
200 Laurel Avenue
Northport, NY 11768
631-262-9696
Fax: (631)-262-9619
Email: polilaw11768@aol.com


                                            _____/s/Nikitas E. Nicolakis_____
                                                    Nikitas E. Nicolakis

2